**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6437**

MARCUS BARBEE,

Plaintiff - Appellant,

v.

MAJOR ANDERSON, Correctional Officer; M. D. NAPIER, Correctional Officer;
J. L. THOMPSON, Correctional Officer; JOSEPH ELY, Unit Manager; B. K.
MCCRAY, Correctional Officer; W. C. COLLINS, Correctional Officer; T. L.
SPEARS, Correctional Officer; M. E. ROBINSON, Correctional Officer; FRANKS,
H/O; LT. J. G. BRYANT; B. MULLINS, M.D.; C. MORGAN, LPN; WARDEN
MANIS,

Defendants - Appellees,

and

SGT. JOHN DOE; JANE DOE, Nurse (2),

Defendants.

Appeal from the United States District Court for the Western District of Virginia, at
Roanoke.  Elizabeth Kay Dillon, District Judge.  (7:19-cv-00306-EKD-JCH)

Submitted:  October 14, 2021                    Decided:  November 8, 2021

Before NIEMEYER and HARRIS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marcus Barbee, Appellant Pro Se.  Nathan Henry Schnetzler, FRITH, ANDERSON & PEAKE, PC, Roanoke, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Barbee appeals the district court's order denying relief on his 42 U.S.C. § 1983 complaint. Limiting our review of the record to the issues raised in Barbee's informal brief, *see* 4th Cir. R. 34(b), we find no reversible error. Accordingly, we affirm the district court's order. *Barbee v. Anderson*, No. 7:19-cv-00306-EKD-JCH (W.D. Va. Mar. 12, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*
